In the Matter of the Estate of William D. Howe, Deceased. Elizabeth S. Rutherfurd et al., as Executors of William D. Howe, Deceased, Appellants; State Tax Commission, Respondent.

Argued January 9, 1956; decided February 16, 1956.

*Thomas P. Ford, Henry B. Guthrie* and *Robert L. Clare, Jr.,* for appellants.

*Mortimer M. Kassell* and *Miriam Wernick* for respondent.

Order affirmed, with costs payable out of the estate; no opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ. Taking no part: DYE, J.